No. 8406.   STATE ex Rel. HELEN TAYLOR HAUTALA v. VIOLA MARTIN, COUNTY SUPERINTENDENT of SCHOOLS of JUDITH BASIN COUNTY.

Decided July 10, 1943.

PER CURIAM.—On motion of appellant Martin the appeal herein is dismissed.

*Messrs. Charles Davidson* and *Wm. F. Browning,* for Plaintiff.

*Mr. H. O. Vralsted,* for Defendant.

No. 8438.   In the Matter of the Estate of LEONARD K. LEWIS.

Decided October 4, 1943.

PER CURIAM.—In accordance with stipulation of counsel the appeal herein is dismissed.

*Messrs. Wellington D. Rankin* and *Arthur P. Acher,* for Appellant.

*Mr. Edgar M. Hall,* for Respondent.